# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-1561

———————

J. Lloyd International, Inc.,     *
  *
   Plaintiff - Appellant,     *     Appeal from the United States
  *     District Court for the
   v.     *     Northern District of Iowa.
  *
The Testor Corporation,     *      [UNPUBLISHED]
  *
   Defendant - Appellee.     *

———————

Submitted: November 3, 2010
Filed: November 30, 2010

———————

Before MELLOY, HANSEN, and BENTON, Circuit Judges.

———————

PER CURIAM.

  J. Lloyd International, Inc. (JLI), filed a complaint against the Testor Corporation (Testor) alleging breach of warranty and three breaches of their manufacturing agreement. After discovery – which JLI frustrated with often-vague responses, even after (occasional) compulsion – Testor moved for summary judgment. The district court[1] granted Testor's motion. JLI appeals.

---

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

The district court issued a comprehensive order addressing JLI's four claims. *See **J. Lloyd Int'l, Inc. v. Testor Corp.***, No. 08-CV-134-LRR, 2010 WL 605657 (N.D. Iowa Feb. 17, 2010).  As no error of law appears in the order, this court affirms. *See* 8th Cir. R. 47B.

———————————